DEAN W. BABLER, ESQUIRE  
143-145 LONG LANE  
UPPER DARBY, PA 19082  
(484) 462-3111  
ID #204181  

COUNSEL FOR DEBTOR  
KERLINE ASLAM  

|   |   |
|---|---|
| In re: Kerline Aslam | THE UNITED STATES BANKRUPTCY COURT FOR THE THIRD DISTRICT OF THE EASTERN DIVISION<br><br>CASE NO: 25-10657<br><br>CHAPTER 13 |

## ORDER

AND NOW, this the __7th__ day of __March__, __2025__ upon consideration of Petitioner's Motion to Extend Time to File Schedules, it is hereby ORDERED and DECREED that Petitioner's Motion to Extend Time to File Schedules is GRANTED.

All missing documents are due on March 20, 2025.

BY THE COURT:

_____  
J.