United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-10657-amc |
|---|---|
| Kerline Aslam | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kerline Aslam, 218 Wildwood Avenue, Lansdowne, PA 19050-2635 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025                            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEAN W. BABLER | on behalf of Debtor Kerline Aslam dbabler@bablerlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

DEAN W. BABLER, ESQUIRE  COUNSEL FOR DEBTOR
143-145 LONG LANE  KERLINE ASLAM
UPPER DARBY, PA 19082
(484) 462-3111
ID #204181

In re: Kerline Aslam

| THE UNITED STATES BANKRUPTCY
| COURT FOR THE THIRD DISTRICT
| OF THE EASTERN DIVISION
|
| CASE NO: 25-10657
|
| CHAPTER 13

## ORDER

AND NOW, this the 7th day of March, 2025 upon consideration of Petitioner's Motion to Extend Time to File Schedules, it is hereby ORDERED and DECREED that Petitioner's Motion to Extend Time to File Schedules is GRANTED.
   All missing documents are due on March 20, 2025.

BY THE COURT:

_____
                     J.